IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. BUTLER
ADC #145762                                                                                              PETITIONER

VS.                                 5:12CV00200 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Petitioner's Motion for Default Judgment (docket entry #5) is DENIED.

2. Respondent shall file a responsive pleading within fourteen days of the entry of this Order.

Dated this 13th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE