# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES E. BUTLER  
ADC #145762                                                                                    PETITIONER

VS.                        5:12CV00200 SWW/JTR

RAY HOBBS, Director,  
Arkansas Department of Correction                                                RESPONDENT

## ORDER

Respondent has filed a Response (docket entry #14) arguing that Petitioner's habeas claims are: (1) untimely; (2) procedurally defaulted; and (3) fail on the merits.[1] The Court concludes that a Reply would be helpful to the resolution of this action.

IT IS THEREFORE ORDERED THAT:

1. Petitioner shall file a Reply, addressing the arguments raised in the Response (docket entry #14), on or before August 9, 2013.

2. Petitioner's Motion for Default Judgment (docket entry #10) is DENIED.

---

[1] Prior to the filing of the Response, Petitioner filed a Motion requesting a default judgment and "contempt of court." (Docket entry #10). However, Petitioner overlooks the fact that the Response was timely filed pursuant to a Court-ordered extension. (Docket entries #9 and #13).

Dated this 16th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE