# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES E. BUTLER
ADC#145762                                                                                          PETITIONER

VS.                              5:12CV00200 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Respondent.

Dated this 15th day of April, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE